# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 11** |
| **STAFFORD RHODES, LLC,** ) | |
| **BEAUFORT CROSSING, LLC,** ) | **Case No. 12-70859** |
| **STAFFORD VISTA, LLC,** ) | |
| **AND STAFFORD WESLEY, LLC,** ) | **Jointly Administered** |
| ) | |
| **Debtors.** ) | |
| ) | |
| ) | |
| **LSREF2 BARON LLC,** ) | |
| **LSREF2 BARON 2, LLC,** ) | **Case No. 7:12-CV-00151-HL** |
| **AND WELLS FARGO BANK, N.A.,** ) | |
| ) | |
| **Appellant,** ) | |
| **v.** ) | |
| **STAFFORD RHODES, LLC,** ) | |
| **BEAUFORT CROSSING, LLC,** ) | |
| **STAFFORD VISTA, LLC,** ) | |
| **AND STAFFORD WESLEY, LLC,** ) | |
| **Appellees.** ) | |

## ORDER DISMISSING APPEAL

IT IS ORDERED that this Appeal is dismissed as moot.

SO ORDERED this 15th day of May, 2013.

                                                    *s/ Hugh Lawson*
                                                  The Honorable Hugh Lawson
                                                  United States District Court

| Consent as to form and substance: | Prepared and Submitted By |
|---|---|
| /s/ Darryl S. Laddin | /s/ Paul M. Rosenblatt |
| Darryl S. Laddin (Ga. Bar No. 460793) | Paul M. Rosenblatt (Ga. Bar No. 614522) |
| Sean C. Kulka (Ga. Bar No. 648919) | Shane G. Ramsey (Ga. Bar No. 940547) |
| Arnall Golden Gregory LLP | Kilpatrick Townsend & Stockton LLP |
| 171 17th Street, N.W., Suite 2100 | 1100 Peachtree Street, Suite 2800 |
| Atlanta, GA 30363-1031 | Atlanta, GA 30309-4528 |
| Telephone: (404) 873-8500 | Telephone: (404) 815-6500 |
| Facsimile: (404) 873-8121 | Facsimile: (404) 815-6555 |
| darryl.laddin@agg.com | prosenblatt@kilpatricktownsend.com |
| sean.kulka@agg.com | sramsey@kilpatricktownsend.com |
| *Attorneys for Appellees* | *Attorneys for Appellant* |